

# Fourth Court of Appeals
## San Antonio, Texas

December 4, 2019

No. 04-18-00455-CV

**EX PARTE V.T.C.**

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-CI-06739
Honorable Solomon Casseb III, Judge Presiding

# O R D E R

Sitting:    Sandee Bryan Marion, Chief Justice
           Rebeca C. Martinez, Justice
           Patricia O. Alvarez, Justice
           Luz Elena D. Chapa, Justice
           Irene Rios, Justice
           Beth Watkins, Justice
           Liza A. Rodriguez, Justice

Because the panel has issued a different opinion, the motion for en banc reconsideration is DENIED AS MOOT.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 4th day of December, 2019.

_____
Michael A. Cruz,
Clerk of Court